## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>1875 K St., N.W.<br>Washington, DC 20006<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>United States Department of Justice<br>Civil Division<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br><br>　　　　　　Defendant. | Case No.: 1:23-cv-01591-TJK |

### **DECLARATION OF MAILING**

I, Ashley McCampbell, pursuant to 28 U.S.C. § 1746, depose and say:

1. I am over the age of 18, and I am not a party to this litigation.

2. On June 6, 2023, as proper under Fed. R. Civ. P. 4(i), I caused the following documents in the above-captioned matter to be served via Certified Mail, return receipt requested, in the United States mail: a copy of the executed Summons to the United States Department of Justice; Complaint for Violation of the Freedom of Information Act with Exhibits 1 – 2; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Notice of Related Cases; copies of all Summonses issued by the Deputy Clerk; and LCvR 26.1 Certificate of Disclosure. The documents were addressed to United States Department of

Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The certified mail receipt is attached as **Exhibit 1**.

3. Attached as **Exhibit 2** is the United States Postal Service tracking receipt and attached as **Exhibit 3** is the executed return receipt for the certified mail, No. 70200090000029128057, indicating that delivery of the summons, complaint, and accompanying documents was made upon the United States Department of Justice on June 12, 2023.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2023 in Washington, D.C.

Respectfully submitted,

Ashley McCampbell
Assistant Managing Clerk

## CERTIFICATE OF FILING

I hereby certify that on this 30th day of June 2023, I caused a true and correct copy of the foregoing Declaration of Mailing to be electronically filed using the CM/ECF system.

Respectfully submitted,

*/s/ Samuel G. Hall*
Samuel G. Hall (D.C. Bar No. 242110)
Andrew B. English (D.C. Bar No. 1021498)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
SHall@willkie.com
AEnglish@willkie.com

*Counsel for Plaintiff*